**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-22754-JB

NIGEL FRANK DE LA TORRE PARDO,

Plaintiff,

v.

GABALESAM LLC and SABOR CATRACHO RESTAURANT & MERCADITO CORP. d/b/a DELICIAS EN MIAMI,

Defendants.
______________________________________/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, GABALESAM LLC hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this August 29, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email: ajp@ajperezlawgroup.com
*Attorney for Plaintiff*

*/s/ Luis Fernandez*
LUIS FERNANDEZ, ESQ.
Florida Bar No.: 271578
LUIS FERNANDEZ, P.A.
2250 SW 3rd Avenue, Suite 303
Miami, FL 33129
Telephone: (305) 854-5955
Email: Lfernandezlaw@aol.com
*Counsel for Defendant, GABALESAM LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 29, 2024.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: ___/s/_Anthony J. Perez_________
ANTHONY J. PEREZ