**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-22754-JB**

NIGEL FRANK DE LA TORRE PARDO,

Plaintiff,

v.

GABALESAM LLC and SABOR CATRACHO RESTAURANT & MERCADITO CORP. d/b/a DELICIAS EN MIAMI,

Defendants.
_________________________________/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court on the Joint Notice of Settlement filed by Plaintiff and Defendant, Gabalesam LLC (the "Dismissed Defendant"), in which they advise that they have "reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement." ECF No. [13]. Plaintiff has already reached an agreement to settle this case with the only other Defendant, Sabor Catracho Restaurant & Mercadito Corp. d/b/a Delicias En Miami. ECF No. [10]. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Plaintiff and the Dismissed Defendant shall file a Joint Stipulation for Dismissal within **thirty (30) days** of the date of this Order.

2. If Plaintiff and the Dismissed Defendant fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any

pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 30th day of August, 2024.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**